UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
at Cincinnati


**Jeffrey Smith,**

           Plaintiff,

    vs.                            Case Number: 1:12cv648
                                              (Spiegel)

**City of Cincinnati, et al.,**

           Defendants.


## CERTIFICATE OF MAILING BY CLERK

The Clerk of the United States District Court for the Southern District of Ohio has been requested to issue the complaint and summons to the defendants**.**  The requested service was executed by certified mail on August 27, 2012.  The receipts for certified mail are attached.



BY: s/Emily Bromwell Hiltz
       Deputy Clerk

**Receipt 1 (top left):**
- Postage: $1.90
- Certified Fee: 2.95
- Return Receipt Fee: 2.35
- Total Postage & Fees: $7.20
- Sent To: John P. Curp, City Solicitor, City of Cincinnati
- Street: Plum St. Room 214
- City, State, ZIP: Cincinnati, Ohio 45202
- Tracking: 7012 0470 0000 7678 3684

**Receipt 2 (top right):**
- Postage: $1.90
- Certified Fee: $2.95
- Return Receipt Fee: 2.30
- Restricted Delivery Fee: $0.00
- Total Postage & Fees: $7.20
- Sent To: Connie Gallagher, Director of Admitting & Utilization Review
- Street: Children's Hospital Mailbox 6019508, 3333 Burnet Ave
- City, State, ZIP: Cincinnati, Ohio 45229
- Tracking: 7012 0470 0000 7678 3677

**Receipt 3 (middle left):**
- Postage: $1.90
- Certified Fee: 2.95
- Return Receipt Fee: 2.35
- Total Postage & Fees: $7.20
- Sent To: U.S. Patent & Trademark Office c/o U.S. Attorney's Office
- Street: Potter Stewart U.S. Courthouse II, 221 E. Fourth Street, Suite 400
- City, State, ZIP: Cincinnati, Ohio 45202
- Tracking: 7012 0470 0000 7678 3660

**Receipt 4 (middle right):**
- Postage: $1.90
- Certified Fee: 2.95
- Return Receipt Fee: 2.35
- Total Postage & Fees: $7.20
- Sent To: Alicia M. Brown, Attorney Advisor, Office of Petitions
- Street: Mail Stop Petitions, Commissioner for Patents, U.S. Patent & Trademark Office, PO Box 1450
- City, State, ZIP: Alexandria, VA 22313-1450
- Tracking: 7012 0470 0000 7678 3646

**Receipt 5 (bottom left):**
- Postage: $1.90
- Certified Fee: 2.95
- Return Receipt Fee: 2.35
- Total Postage & Fees: $7.20
- Sent To: Wayne C. Gookery, Commissioner for Patents, United States Patent and Trademark Office
- Street/PO Box: P.O. Box 1450
- City, State, ZIP: Alexandria, VA 22313-1450
- Tracking: 7012 0470 0000 7678 3653

**Receipt 6 (bottom right):**
- Postage: $1.90
- Certified Fee: 2.95
- Return Receipt Fee: 2.35
- Total Postage & Fees: $7.20
- Sent To: Mark Levy, Thompson Hine LLP, IPG
- Street: Austin Landing I, 10050 Innovation Dr, Suite 400
- City, State, ZIP: Dayton, Ohio 45342-4934
- Tracking: 7012 0470 0000 7678 3622