United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: (District Judges and Magistrate Judges assigned to alleged related cases)

FROM: Lori Nethero, Case Administrator

DATE: 8/29/12

SUBJECT: Case Caption: Smith et al v. Cincinnati City of et al

CASE: Case Number: 1:12-cv-00648

DISTRICT JUDGE: S. Arthur Spiegel

File Date: 8/24/12

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Smith et al v. Indian Hill Exempted Village School District et al

| | | | |
|---|---|---|---|
| Case Number: | 1:10-cv-00718 | District Judge: | Susan J. Dlott |
| File Date: | 10/15/2010 | Magistrate Judge: | Stephanie K. Bowman |

**Related Case(s):**

Case Caption:

| | | | |
|---|---|---|---|
| Case Number: | | District Judge: | |
| File Date: | | Magistrate Judge: | |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator    Lori Nethero
as follows:

**Judges' Response:**

☒ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐ We are unable to agree and will accept any decision made by the Chief Judge.

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 3/25/10*