UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JEFFREY SMITH, et al., | : | Case No. 1:12-cv-00648 |
| Plaintiffs, | : | Senior Judge S. Arthur Spiegel |
| vs. | : | **ORDER** |
| CITY OF CINCINNATI, et al., | : | |
| Defendants. | : | |

Upon good cause shown, Plaintiff's motion to extend time to file objections to the Report and Recommendation (doc. 30) is GRANTED.  Plaintiff is hereby granted an extension of time, through and including April 19, 2013 in which to file Objections to the Report and Recommendation currently pending before the Court (doc. 28).

SO ORDERED.


Date: February 28, 2013         s/S. Arthur Spiegel
                                S. Arthur Spiegel
                                United States Senior District Judge